# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 389 WAL 2015

                                 Respondent      :

                                         :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court

                                v.            :

RYAN WOODY,                           :

                                   Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin and Justice Wecht did not participate in the consideration or decision of this matter.